[No. 12552-1-III.   Division Three.   April 20, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL R.
WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 92-8-00331-3, Royce H. Moe, J. Pro Tem.,
entered June 26, 1992. *Denied* by unpublished opinion per

Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.